IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA KAY RHODES ARTERBURY                                                                PLAINTIFF

v.                                    Case No. 4:17-cv-4042

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 5, 2018, by the Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Plaintiff's case be reversed and remanded. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's case is **REVERSED AND REMANDED** for further administrative proceedings.

**IT IS SO ORDERED**, this 24th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge