IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA KAY ARTERBURY                                                              PLAINTIFF

v.                                   Case No. 4:17-cv-4042

NANCY A. BERRYHILL
Commissioner, Social Security Administration                      DEFENDANT

## **JUDGMENT**

In accordance with the Order entered on October 24, 2018, the Court enters judgment in this case. The matter is hereby remanded for further proceedings.

**IT IS SO ORDERED**, this 27th day of February, 2019.

                                                                      /s/ Susan O. Hickey
                                                                      Susan O. Hickey
                                                                      Chief United States District Judge