IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LINDA KAY ARTERBURY                                                                PLAINTIFF

v.                                    Case No. 4:17-cv-4042

NANCY A. BERRYHILL
Commissioner, Social Security Administration                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on March 5, 2019 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Bryant recommends that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") be **GRANTED**. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $3,758.00. This amount represents one (1) hour of attorney work performed in 2016 at an hourly rate of $188.00; 1.75 hours of attorney work performed in 2017 at an hourly rate of $192.00; 15.5 hours of attorney work performed in 2018 at an hourly rate of $196.00; and one (1) hour of attorney work performed in 2019 at an hourly rate of $196.00.

**IT IS SO ORDERED**, this 21st day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge